UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 8:17-cv-250-JLS-DFMx				Date: June 09, 2017
Title: Abigail Diaz v. Flew The Coop, Inc.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                              Not Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER RE: ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION (Doc. 10)**

     On May 16, 2017, the Court issued an Order to Show Cause why this action should not be dismissed for lack of prosecution. (OSC, Doc. 10.) On May 23, 2017, Plaintiff filed her response. (Response, Doc. 11.)

     Upon reviewing Plaintiff's response, the Court ORDERS Plaintiff to file a proof of service indicating that the summons and complaint have been served on Defendant **no later than June 23, 2017**. Failure to do so will result in a dismissal of this action. Upon the filing of the proof of service, the Court's OSC shall be discharged.

Initials of Preparer:  tg